**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Chicago Regional Council of Carpenters
Pension Fund, et al.

                                              Plaintiff,

v.                                                                      Case No.: 1:18−cv−04057
Honorable Rebecca R. Pallmeyer

Wal−Tek, Inc.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 21, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation, this case is dismissed without prejudice with leave to reinstate by 6/1/2021. If no motion to reinstate has been filed by 6/1/2021, this case will be dismissed with prejudice. Any pending dates are stricken. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.